## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| REBECCA STOERMANN-SNELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-2214-KHV |
| | ) |
| SAINT LUKE'S HEALTH SYSTEM, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of all parties, this matter is hereby dismissed with prejudice. Each party shall bear her/its own costs and attorney's fees.

| | |
|---|---|
| April 2, 2008 | s/ Kathryn H. Vratil |
| Date | Judge Kathryn H. Vratil |

KC-1582126-1